UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

ANGEL L.H.,

              Plaintiff,

v.                                ACTION NO. 4:20cv120

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

## FINAL ORDER

This matter comes before the court on Angel L.H.'s ("Plaintiff") Motion for Summary Judgment, and Memorandum of Law in Support, ECF Nos. 23, 24, and Defendant's, Commissioner of Social Security ("the Commissioner") Cross-Motion for Summary Judgment and Memorandum in Support and in Opposition to Plaintiff's Motion for Summary Judgment. ECF Nos. 25, 26.

On February 2, 2021, this matter was referred to United States Magistrate Judge Lawrence R. Leonard, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the matter.

The United States Magistrate Judge's Report and Recommendation ("R&R") was filed on December 21, 2021. ECF No. 27. The R&R recommends that Plaintiff's Motion for Summary Judgment, be denied, the Commissioner's Motion for Summary Judgment be granted, the final decision of the Commissioner be affirmed, and the matter be dismissed with prejudice.

By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days of the date of service of the R&R to the objecting party. See id. at 18-19. Plaintiff filed Objections on January 4, 2022, ECF No. 28, and Defendant's Response to Plaintiff's Objections was filed on January 11, 2022, ECF No. 29.

The court, having reviewed the record in its entirety and the Objections to the R&R, and having made de novo determinations with respect thereto, hereby **OVERRULES** the Plaintiff's Objections, and **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, filed on December 21, 2021. ECF No. 27. Accordingly, Plaintiff's Motion for Summary Judgment is **DENIED**, and Defendant's Motion for Summary Judgment is **GRANTED**. The decision of the Commissioner is **AFFIRMED**, and this

matter is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in favor of Defendant and close the case on this court's docket. The Clerk is **DIRECTED** to send a copy of this Final Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

January 26, 2022